AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

Mark Snyder,

        Plaintiff,

vs.

State Farm Mutual Automobile
Insurance Company,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07cv433-PMD

**Decision on the Record.** This action came before the court on the record, Honorable Patrick Michael Duffy, District Judge presiding. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** that the Defendant State Farm Mutual Automobile Insurance Company's Motion for Summary Judgment is **GRANTED**.



February 22, 2008

LARRY W. PROPES, Clerk

s/Melissa Newman
Deputy Clerk